# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-3597
LT Case No. 1993-CF-010377-A

_____

OZZIE ELBERT a/k/a RAHIM
FAHIM ABDULLAH,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

3.800 appeal from the Circuit Court for Duval County.
Kevin A. Blazs, Judge.

Ozzie Elbert a/k/a Rahim Fahim Abdullah, Live Oak, pro se.

Ashley Moody, Attorney General, and Christopher Baisden,
Senior Assistant Attorney General, Tallahassee, for Appellee.

March 19, 2024

PER CURIAM.

    AFFIRMED.

KILBANE, MACIVER, and PRATT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____